In the Matter of the Claim of BENJAMIN W. PARKER, Respondent, against UNITED STATES RUBBER RECLAIMING Co., Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted February 24, 1953; decided March 5, 1953.

*Benedict T. Mangano* for motion.

*Nathaniel L. Goldstein, Attorney-General* (*Daniel Polansky* and *Roy Wiedersum* of counsel), opposed.

Motion dismissed, with $10 costs, upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution. [See 305 N. Y. 694.]